MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:     +1.650.843.4000
Fax:    +1.650.843.4001

Attorneys for Respondents
TWITTER, INC.; X HOLDINGS I, INC.; X HOLDINGS CORP.; X CORP.; ELON MUSK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ANOKE, CATHERINE BONN, ISABELLE CANNELL, MELANIE EUSEBIO, SAMANTHA FESTEJO, CARLOS MOISES ORTIZ GOMEZ, DAWN HOISE, WAYNE KRUG, LAURENT LUCE, PATRICK O'CONNELL, JENNIFER RYAN, JAIME SENA, JAMES SHOBE, KARYN THOMPSON, AND CRISTIAN ZAPATA,<br><br>Petitioners,<br><br>v.<br><br>TWITTER, INC., X HOLDINGS I, INC., X HOLDINGS, CORP, X CORP, AND ELON MUSK,<br><br>Respondents. | Case No. 3:23-cv-02217<br><br>**RESPONDENTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION PURSUANT TO LOCAL RULE 3-15** |

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

RESPONDENTS' RULE 7.1 CORP
DISCLOSURE STMT
Case No. 3:23-cv-02217

Pursuant to Northern District of California Civil Local Rule 3-15 and Rule 7.1 of the Federal Rules of Civil Procedure, Respondent X Corp. as successor in interest to named Respondent Twitter, Inc., by and through its counsel, certifies that Twitter, Inc. has been merged into X Corp. and no longer exists. Respondent X Holdings Corp., as successor in interest to named Respondent X Holdings I, Inc., by and through its counsel, certifies that X Holdings I, Inc. has been merged into X Holdings Corp. and no longer exists. X Corp. is wholly owned by X Holdings Corp. No publicly held corporation owns 10% or more of X Corp.'s or X Holdings Corp.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: May 8, 2023            MORGAN, LEWIS & BOCKIUS LLP

                              By  /s/ Eric Meckley
                              Eric Meckley
                              Brian D. Berry
                              Ashlee N. Cherry
                              Kassia Stephenson
                              Attorneys for Respondents
                              TWITTER, INC.; X HOLDINGS I, INC.; X HOLDINGS CORP.; X CORP.; ELON MUSK

DB2/ 45098839.1

2                    RESPONDENTS' RULE 7.1 CORP DISCLOSURE STMT
Case No. 3:23-cv-02217

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO