MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:    +1.650.843.4000
Fax:    +1.650.843.4001

Attorneys for Respondents
TWITTER, INC.; X HOLDINGS I, INC.;
X HOLDINGS, CORP; X CORP; ELON MUSK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ANOKE, CATHERINE BONN, ISABELLE CANNELL, MELANIE EUSEBIO, SAMANTHA FESTEJO, CARLOS MOISES ORTIZ GOMEZ, DAWN HOISE, WAYNE KRUG, LAURENT LUCE, PATRICK O'CONNELL, JENNIFER RYAN, JAIME SENA, JAMES SHOBE, KARYN THOMPSON, AND CRISTIAN ZAPATA,<br><br>Petitioners,<br><br>v.<br><br>TWITTER, INC., X HOLDINGS I, INC., X HOLDINGS, CORP, X CORP, AND ELON MUSK,<br><br>Respondents. | Case No. 3:23-cv-02217<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I am a resident of the State of California and employed in San Francisco County, California.  I am over the age of eighteen years and not a party to the within entitled action.  My business address is One Market, Spear Street Tower, San Francisco, California  94105.

On May 8, 2023, I served copies of the within document(s):

**STANDING ORDER FOR MAGISTRATE JUDGE THOMAS S. HIXSON**

**DISCOVERY STANDING ORDER FOR
MAGISTRATE JUDGE THOMAS S. HIXSON**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE
FOR TRIAL**

**STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF
CALIFORNIA / CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
ECF REGISTRATION INFORMATION**

☒ **BY ELECTRONIC MAIL:**  by transmitting via electronic mail or electronic transmission (Secure File Transfer) the document(s) listed above to each of the person(s) as set forth below.

☒ **BY U.S. MAIL:**  by placing the document(s) listed above in sealed envelopes with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth below.

Ethan Jacobs, Esq.                                   *Attorneys for Petitioners*
ethan@ejacobslaw.com
Ethan Jacobs Law Corporation
100 Pine Street, Suite 1250
San Francisco, CA  94111

Akiva M. Cohen, Esq.
acohen@kusklaw.com
Kamerman, Uncyk, Soniker & Klien P.C.
1700 Broadway, 16th Floor
New York NY  10019

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on May 8, 2023, at San Francisco, California.  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Adele Doyle

Case No. 3:23-cv-02217