MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:    +1.650.843.4000
Fax:    +1.650.843.4001

Attorneys for Respondents
TWITTER, INC.; X HOLDINGS I, INC.;
X HOLDINGS, CORP; X CORP; ELON MUSK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ANOKE, CATHERINE BONN, ISABELLE CANNELL, MELANIE EUSEBIO, SAMANTHA FESTEJO, CARLOS MOISES ORTIZ GOMEZ, DAWN HOISE, WAYNE KRUG, LAURENT LUCE, PATRICK O'CONNELL, JENNIFER RYAN, JAIME SENA, JAMES SHOBE, KARYN THOMPSON, AND CRISTIAN ZAPATA,<br><br>Petitioners,<br><br>v.<br><br>TWITTER, INC., X HOLDINGS I, INC., X HOLDINGS, CORP, X CORP, AND ELON MUSK,<br><br>Respondents. | Case No. 3:23-cv-02217<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

DB2/ 45606014.1

1

## CERTIFICATE OF SERVICE

2      I am a resident of the State of California and employed in San Francisco County,
California.  I am over the age of eighteen years and not a party to the within entitled action.  My
3   business address is One Market, Spear Street Tower, San Francisco, California  94105.

4      On May 8, 2023, I served copies of the within document(s):

5   **RESPONDENTS' MOTION TO REMOVE PREVIOUSLY FILED ECF DOCUMENT;
[PROPOSED] ORDER**

6

7   ☒   **BY ELECTRONIC MAIL:** by transmitting via electronic mail or electronic
transmission (Secure File Transfer) the document(s) listed above to each of the
person(s) as set forth below.

8

9   ☒   **BY U.S. MAIL:** by placing the document(s) listed above in sealed envelopes with
postage thereon fully prepaid, in the United States mail at San Francisco,
California, addressed as set forth below.

10

11   Ethan Jacobs, Esq.                          *Attorneys for Petitioners*
ethan@ejacobslaw.com
12   Ethan Jacobs Law Corporation
100 Pine Street, Suite 1250
San Francisco, CA  94111
13

14   Akiva M. Cohen, Esq.
acohen@kusklaw.com
15   Kamerman, Uncyk, Soniker & Klien P.C.
1700 Broadway, 16th Floor
New York NY  10019
16

17      I am readily familiar with the firm's practice of collection and processing correspondence
for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same
18   day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on
motion of the party served, service is presumed invalid if postal cancellation date or postage
19   meter date is more than one day after date of deposit for mailing in affidavit.

20      Executed on May 8, 2023, at San Francisco, California.  I declare that I am employed in
the office of a member of the bar of this court at whose direction the service was made.

21

22                                              _____
23                                                            Adele Doyle

24

25

26

27

28