Ethan Jacobs (SBN 291838)
ethan@ejacobslaw.com
Ethan Jacobs Law Corporation
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 275-0845

Attorneys for Petitioners

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANOKE, CATHERINE BONN, ISABELLE CANNELL, MELANIE EUSEBIO, SAMANTHA FESTEJO, CARLOS MOISES ORTIZ GOMEZ, DAWN HOISE, WAYNE KRUG, LAURENT LUCE, PATRICK O'CONNELL, JENNIFER RYAN, JAIME SENA, JAMES SHOBE, KARYN THOMPSON, and CRISTIAN ZAPATA,<br><br>Petitioners,<br><br>v.<br><br>TWITTER, INC., X HOLDINGS I, INC., X HOLDINGS CORP, X CORP, and ELON MUSK,<br><br>Respondents | Case No. 3:23-cv-02217-LH<br><br>**NOTICE OF APPEARANCE ON BEHALF OF PETITIONERS** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Ethan Jacobs of Ethan Jacobs Law Corporation hereby enters an appearance as counsel for Petitioners Sarah Anoke, Catherine Bonn, Isabelle Cannell, Melanie Eusebio, Samantha Festejo, Carlos Moises Ortiz Gomez, Dawn Hoise, Wayne Krug, Laurent Luce, Patrick O'Connell, Jennifer Ryan, Jaime Sena, James Shobe, Karyn Thompson, and Cristian Zapata (collectively, "Petitioners") in the above-referenced action. Pursuant to

Federal Rule of Civil Procedure 5, all further notices and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

    Ethan Jacobs
    ethan@ejacobslaw.com
    100 Pine Street, Suite 1250
    San Francisco, CA 94111
    Telephone: (415) 275-0845

Dated:  May 9, 2023                    Respectfully submitted,

                                      Ethan Jacobs Law Corporation

                                      By:  /s/ Ethan Jacobs
                                            Ethan Jacobs
                                            Attorneys for Petitioners