1

2

3                  UNITED STATES DISTRICT COURT

4                  NORTHERN DISTRICT OF CALIFORNIA

5

6   SARAH ANOKE, et al.,                    Case No.  23-cv-02217-TSH

              Plaintiffs,
7
                                            **ORDER SETTING INITIAL CASE**
8        v.                                 **MANAGEMENT CONFERENCE**
                                            **AND ADR DEADLINES**
9   TWITTER, INC., et al.,

10              Defendants.

11

12        IT IS HEREBY ORDERED that this action is assigned to the Honorable Thomas S.

13  Hixson.  When serving the complaint or notice of removal, the plaintiff or removing defendant

14  must serve on all other parties a copy of this order, the Notice of Assignment of Case to a United

15  States Magistrate Judge for Trial, and all other documents specified in Civil Local Rule 4-2.

16  Plaintiffs or removing parties must file a consent or declination to proceed before a magistrate

17  judge within 14 days of the filing of the complaint or the removal.  All other parties must file a

18  consent or declination within 14 days of appearing in the case.  All parties who have made an

19  appearance must file a consent or declination within 7 days of the filing of a dispositive motion or

20  the case will be reassigned to a district court judge.  Counsel must comply with the case schedule

21  listed below unless the Court otherwise orders.

22        This case may fall within the Pilot Program for Initial Discovery Protocols for

23  Employment Cases Alleging Adverse Action.  See General Order 71.  Parties and Counsel are

24  directed to review General Order 71 to determine whether it applies to this case, and to comply

25  with that General Order if applicable.  Parties and Counsel should note that if General Order 71

26  applies, it supersedes certain obligations set out in the schedule below.

27        IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute

28  Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3.  Counsel and clients

*United States District Court*
*Northern District of California*

shall familiarize themselves with that rule and with the material entitled "Dispute Resolution Procedures in the Northern District of California" on the Court ADR Internet site at http://www.cand.uscourts.gov/adr.  A limited number of printed copies are available from the Clerk's Office for parties in cases not subject to the court's Electronic Case Filing program (ECF).

IT IS FURTHER ORDERED that plaintiff or removing defendant serve upon all parties the brochure entitled "Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California", additional copies of which can be downloaded from the court's  Internet website: http://www.cand.uscourts.gov.

United States District Court
Northern District of California

| CASE SCHEDULE – ADR MULTI-OPTION PROGRAM | | |
|---|---|---|
| **Date** | **Event** | **Governing Rule** |
| 5/5/2023 | Notice of Removal Filed | |
| 7/13/2023 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R.3-5 |
| | • file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov) | Civil L.R . 16-8(b) & ADR L.R. 3-5(b) |
| 7/27/2023 | **Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement<br><br>(also available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1)<br>Civil L.R . 16-9 |
| 8/3/2023 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 10:00 AM in:<br><br>Courtroom E, 15th Floor<br>Phillip Burton Federal Building<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | Civil L.R . 16-10 |

\* If the Initial Case Management Conference is continued, unless otherwise ordered this deadline is continued to 21 days in advance of the Initial Case Management Conference.

\*\* If the Initial Case Management Conference is continued, unless otherwise ordered this deadline is continued to 7 days in advance of the Initial Case Management Conference.