Ethan Jacobs (SBN 291838)
ethan@ejacobslaw.com
Ethan Jacobs Law Corporation
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 275-0845

Attorneys for Petitioners

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANOKE, CATHERINE BONN, ISABELLE CANNELL, MELANIE EUSEBIO, SAMANTHA FESTEJO, CARLOS MOISES ORTIZ GOMEZ, DAWN HOISE, WAYNE KRUG, LAURENT LUCE, PATRICK O'CONNELL, JENNIFER RYAN, JAIME SENA, JAMES SHOBE, KARYN THOMPSON, and CRISTIAN ZAPATA,<br><br>Petitioners,<br><br>v.<br><br>TWITTER, INC., X HOLDINGS I, INC., X HOLDINGS CORP, X CORP, and ELON MUSK,<br><br>Respondents | Case No. 3:23-cv-02217-SI<br><br>**[PROPOSED] ORDER GRANTING RESPONDENTS' CIVIL LOCAL RULE 7-11 ADMINISTRATIVE RELIEF MOTION** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This matter came before this Court on the motion of Petitioners Sarah Anoke, Catherine Bonn, Isabelle Cannell, Melanie Eusebio, Samantha Festejo, Carlos Moises Ortiz Gomez, Dawn Hoise, Wayne Krug, Laurent Luce, Patrick O'Connell, Jennifer Ryan, Jaime Sena, James Shobe, Karyn Thompson, and Cristian Zapata, on notice to Respondents Twitter, Inc., X Holdings I, Inc., X Holdings Corp, X Corp., and Elon Musk, seeking administrative relief under Local Rule 7-11 and asking that the Court order that Respondents comply with Civil Local Rule 3-15 on the ground that Respondents' Rule 7.1 Corporate Disclosure Statement and

Certification Pursuant to Local Rule 3-15 (ECF No. 4) fails to comply with the rules (the "Motion"). Having considered Petitioners' Motion, supporting memorandum of points and authorities, the supporting declaration and exhibits, and other papers submitted therewith, as well as the arguments submitted by Respondents, this Court GRANTS the Motion as follows:

**IT IS HEREBY ORDERED THAT** Respondents file a Local Rule 3-15 Certification disclosing any persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or any other entities, other than the parties themselves, known by Respondents to have either: (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding and otherwise fully complying with Civil Local Rule 3-15 within 10 calendar days of the date of this Order.

Dated:_____                    _____
                                              The Honorable Susan Illston
                                              United States District Judge