1  MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
2  eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
3  brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
4  kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
5  San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
6  Fax:    +1.415.442.1001

7  MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
8  ashlee.cherry@morganlewis.com
1400 Page Mill Road
9  Palo Alto, CA  94304
Tel:    +1.650.843.4000
10  Fax:    +1.650.843.4001

11  Attorneys for Respondents
TWITTER, INC.; X HOLDINGS I, INC.;
12  X HOLDINGS, CORP; X CORP; ELON MUSK

13                 UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

16

17  SARAH ANOKE, CATHERINE BONN,          Case No. 3:23-cv-02217-SI
    ISABELLE CANNELL, MELANIE
18  EUSEBIO, SAMANTHA FESTEJO,            **DECLARATION OF KASSIA
    CARLOS MOISES ORTIZ GOMEZ,           STEPHENSON IN SUPPORT OF
19  DAWN HOISE, WAYNE KRUG,              RESPONDENTS' OPPOSITION TO
    LAURENT LUCE, PATRICK                PETITIONERS' PETITION TO COMPEL
20  O'CONNELL, JENNIFER RYAN, JAIME      ARBITRATION PURSUANT TO
    SENA, JAMES SHOBE, KARYN            CALIFORNIA CODE OF CIVIL
21  THOMPSON, AND CRISTIAN ZAPATA,       PROCEDURE SECTION 1281.97**

22                   Petitioners,

23          v.

24  TWITTER, INC., X HOLDINGS I, INC.,
    X HOLDINGS, CORP, X CORP, AND
25  ELON MUSK,

26                   Respondents.

27

28

## DECLARATION OF KASSIA STEPHENSON

I, Kassia Stephenson, declare as follows:

1. I am an attorney duly licensed to practice law in the state of California. I am an attorney with the law firm of Morgan, Lewis & Bockius LLP, and am counsel for counsel for Respondents Twitter, Inc. ("Twitter"), X Holdings I, Inc. ("X Holdings"), and Elon Musk in the above-captioned matter. I submit this Declaration in support of Respondents' Opposition to Petitioners' Petition to Compel Arbitration. I have personal knowledge of the facts stated in this Declaration and could testify competently to them if asked to do so.

2. My firm represents Respondents as outside counsel in approximately sixty-six (66) individual arbitration demands that the Kamerman, Uncyk, Soniker & Klein P.C. ("Kamerman") law firm has submitted on behalf of claimants to the third-party arbitration provider JAMS. JAMS maintains an online "portal" that allows a party to view various types of information and documents regarding any JAMS Reference Number for which JAMS has authorized electronic access to the party. A single JAMS Reference Number may pertain to either one claimant's arbitration demand or multiple claimants' arbitration demands that have been consolidated/combined for administrative processing by JAMS.

3. On February 2, 2023, the Kamerman law firm served on Respondents a demand for arbitration on behalf of a single claimant, named Dina Eisenberg. This arbitration was assigned JAMS Reference No. 1345002152. On February 9, 2023, JAMS issued an invoice to Twitter for its non-refundable filing fee related to this arbitration demand (JAMS Invoice #6527540). On March 10, 2023, I reviewed the JAMS online portal for JAMS Reference No. 1345002152. Specifically, I reviewed the "Invoices" tab in the JAMS online portal and confirmed that the "status" of JAMS Invoice #6527540 was "closed" and that the full amount due for the invoice was paid. Based on my review of the JAMS portal and understanding of JAMS procedures, the designation of "closed" next to an Invoice means that the amount of the invoice has been paid and/or the Invoice has been withdrawn or otherwise resolved such that no amount was due and owing on the Invoice.

4. On February 14, 2023, the Kamerman law firm served on Respondents fifteen (15) additional demands for arbitration, on behalf of the following fifteen (15) claimants: Ronny Beer,

DECLARATION OF KASSIA STEPHENSON IN SUPPORT OF RESPONDENTS' OPPOSITION TO
PETITIONERS' PETITION TO COMPEL ARBITRATION

Sangzi Cao, Elfreda Chan, Morgan Cornelius, Akshay Erapalli, Burgious Fraizer, Jennifer Garcia, Roman Kasianik, Hoang Vi Payulert, April Peng, Vani Petkar, Anton Schulz, Vanessa Szajnberg, Shauna Wright, and Yunfeng Zhang.  These arbitrations were assigned the single JAMS Reference No. 1601002006.  On February 22, 2023, JAMS issued an invoice to Twitter for its non-refundable filing fee related to these fifteen arbitration demands (JAMS Invoice #6546248).  Within thirty (30) days of JAMS issuing this invoice, I reviewed the JAMS online portal for JAMS Reference No. 1601002006.  Specifically, I reviewed the "Invoices" tab, and confirmed that the "status" of JAMS Invoice #6546248 was "closed" and that the full amount due for the invoice was paid.

5.      On February 24, 2023, the Kamerman law firm submitted demands for arbitration on behalf of an additional seventeen (17) claimants, which included demands for arbitration on behalf of the fifteen (15) Petitioners in the above-captioned matter.  These fifteen Petitioners and the location where they reside and the state in which they requested arbitration (based on their Demands for Arbitration (*see* Meckley Decl. in support of Notice of Removal, Exhibits A - O, ECF No. 3)) are as follows:  Sarah Anoke – Tulsa, Oklahoma; Catherine Bonn – Boulder, Colorado; Isabelle Cannell – Seattle, Washington; Melanie Eusebio – San Francisco, California; Samantha Festejo – Seattle, Washington; Carlos Moises Ortiz Gomez – Seattle, Washington; Dawn Hoise – Seattle, Washington; Wayne Krug – New York, New York; Laurent Luce – San Francisco, California; Patrick O'Connell – Madison, Wisconsin; Jennifer Ryan – Boulder, Colorado; Jaime Sena – Portland, Oregon; James Shobe – Seattle, Washington; Karyn Thompson – Beaverton, Oregon; Cristian Zapata – Lawrenceville, New Jersey.  JAMS assigned the seventeen new arbitration demands served on February 24 *the same Reference Number* – JAMS Reference No. 1601002006 – as the fifteen arbitration demands that had been served on February 14 and described in Paragraph 4 above.

6.      On March 6, 2023, JAMS issued an invoice for the non-refundable filing fee for the seventeen arbitration demands served on February 24, which included Petitioners' arbitration demands (JAMS Invoice #6564514).  On March 8, 2023, I reviewed the JAMS portal for JAMS Reference No. 1601002006.  Specifically, I reviewed the "Invoices" tab, and confirmed that the "status" of JAMS Invoice #6564514 was "closed", meaning that nothing further was due and owing

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

Case No. 3:23-cv-02217-SI

DECLARATION OF KASSIA STEPHENSON IN SUPPORT OF RESPONDENTS' OPPOSITION TO
PETITIONERS' PETITION TO COMPEL ARBITRATION

and the invoice had been resolved.  Attached as **Exhibit A** is a true and correct copy of a screenshot that was taken on March 8, 2023, of the online JAMS portal for JAMS Reference No. 1601002006 and, specifically, the "Invoices" Tab, which shows the "status" of Invoice No. 6564514 as "closed" and the full amount due for payment ($27,700) as paid with nothing further due and owing.

7.      On March 10, 2023, pursuant to JAMS Rule 9, Respondents timely served a response to the seventeen (17) demands for arbitration that were submitted on February 24, 2023, including the Petitioners' demands for arbitration.

8.      On March 28, 2023, JAMS Case Manager Sarah Nevins emailed the counsel for the parties.  The subject line of Ms. Nevins' email was "Kamerman Twitter Cases – JAMS Reference No. 160100200".  The body/text of Ms. Nevins' email stated that "[t]he initial filing fees in the above referenced matters have now been paid." (emphasis added).  Once again, JAMS Reference No. 160100200 included *both* the fifteen demands served on February 14 *and* the seventeen arbitration demands (including Petitioners' demands) served on February 24.  Therefore, JAMS' email expressly represented to Respondents that the initial filings fees for all the arbitration demands within Reference No. 160100200 – including Petitioners' demands – had been paid.  Ms. Nevins' email further stated that she was "writing to set an administrative call in these matters." Counsel for the parties provided their availability in response to this email.  On April 3, 2023, counsel for the parties and Ms. Nevins convened for a telephonic administrative conference, during which the parties discussed administrative matters, such as the arbitrator selection process, applicable to the thirty-three (33) individual arbitrations that the Kamerman law firm had submitted as of that date, which included Petitioners' arbitration demands.  Thus, JAMS proceeded with its administration of Petitioners' demands, consistent with its representation to Respondents that all the initial filing fees for JAMS Reference No. 160100200 had been paid.

9.      On April 7, 2023, JAMS issued a completely new invoice (JAMS Invoice #6612772), for non-refundable filing fees in the amount of $27,700.  Four days later, on April 11, 2023, JAMS Case Manager Ms. Nevins emailed counsel for the parties stating that she was writing to "follow up regarding the filing fee on behalf of Respondent for the 17 other claims in this matter."  Ms. Nevins explained that JAMS' billing department "may have nulled the original

invoice." (emphasis added).  Ms. Nevins attached the new April 7, 2023, invoice to her April 11, 2023 email.  Attached as **Exhibit B** is a true and correct copy of Ms. Nevin's April 11, 2023, email and attachments.

10.     On April 20, 2023, my office received an email from counsel for Petitioners Ethan Jacobs.  Mr. Jacobs stated he was local counsel to the Kamerman law firm "on several of its California JAMS arbitrations."  Mr. Jacobs stated that his office and the Kamerman law firm planned to file petitions on behalf of Petitioners Sarah Anoke, Catherine Bonn, Isabelle Cannell, Melanie Eusebio, Samantha Festejo, Carlos Moises Ortiz Gomez, Dawn Hoise, Wayne Krug, Laurent Luce, Patrick O'Connell, Jennifer Ryan, Jaime Sena, James Shobe, Karyn Thompson, and Cristian Zapata, and requested my office's availability for hearings.  Attached as **Exhibit C** is a true and correct copy of Mr. Jacob's April 20, 2023, email.  Later that day, my office responded to Mr. Jacob's email and asked what the basis was for filing any petitions.

11.     On April 21, 2023, Mr. Jacobs responded to my office's inquiry, stating that Petitioners were "parties whose JAMS case initiation invoice Twitter failed to pay within 30 days of issuance", and that "the petition will be under 1281.97."  Mr. Jacobs did not identify any specific invoice from JAMS that Petitioners contended was not timely paid or provide any other information whatsoever about the threatened petition.  Mr. Jacobs stated that his office intended to file the petition the following business day, on Monday April 24, and reiterated their request for my office's availability for a hearing.  My office responded within a mere three (3) hours of this email, noting that opposing counsel had raised the issue for the first time that day, and explaining that my office would provide specific information related to this issue that would make clear why filing a petition would be inappropriate and unjustified.  Later that evening, my office sent Petitioners' counsel a letter with supporting exhibits, explaining that Twitter had not failed to timely pay any invoice and, as a result, no violation of Code of Civil Procedure section 1281.97 occurred.  Attached as **Exhibit D** is a true and correct copy of my office's April 21, 2023, letter to Mr. Jacobs and the Kamerman law firm.

12.     On May 5, 2023, Twitter timely paid JAMS Invoice #6612772 that had first been issued by JAMS on April 7, 2023 – *i.e.*, Twitter's payment was made twenty-eight (28) days after

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

Case No. 3:23-cv-02217-SI

DECLARATION OF KASSIA STEPHENSON IN SUPPORT OF RESPONDENTS' OPPOSITION TO
PETITIONERS' PETITION TO COMPEL ARBITRATION

1   the issuance of this invoice related to the non-refundable filing fees for Petitioners' demands.

2       13.     As of March 6, 2023, Twitter had received and was handling the processing and

3   payment of more than 1,500 individual demands for arbitration before JAMS on behalf of claimants

4   represented by multiple other law firms.  From January 2023 to present, Twitter has been

5   continuously receiving and paying arbitration invoices for these matters.  To date, Twitter has

6   timely paid all JAMS invoices for these arbitrations.

7       I declare under penalty of perjury under the laws of the State of California that the foregoing

8   is true and correct.  Executed this 11th day of May 2023, at San Francisco, California.

_____
Kassia Stephenson

# EXHIBIT A

# Kamerman Twitter Cases  `Arbitration`

Ref #1601002006

J1  SN  KF  DG  KT  +10 Add Case Members

**NEUTRAL:**
JAMS 1-JAMS
e-jams@jamsadr.com

**CASE MANAGER:**
Sarah Nevins
snevins@jamsadr.com
313-209-8851

**REPRESENTATIVES/ATTORNEYS:**
Morgan, Lewis & Bockius LLP

Brian Berry (Respondent)
brian.berry@morganlewis.com
415-442-1000
Show more

Kamerman Uncyk Soniker & Klein, P.C.

Kathryn Farley (Paralegal/Legal Assistant)
kfarley@kusklaw.com

**CASE INFORMATION:**
↓ Service List
⌁ Case History Log

| DOCUMENTS | MESSAGES | CASE DATES | **INVOICES** |
|---|---|---|---|

## Case Deposit Summary

Deposit Remaining: **$24,000.00** USD
Invoices Billed: **$0.00** USD

🔍 Search by Item #

| ITEM # ⇕ | Billed to ⇕ | DATE ▼ | REQUEST TYPE ⇕ | AMOUNT REQUESTED ⇕ | AMOUNT PAID ⇕ | STATUS ⇕ |
|---|---|---|---|---|---|---|
| Invoice #6540244 | 207496 Kamerman Uncyk Soniker & Klein, P.C. : Akiva M Cohen | 2/17/2023 | Deposit Request | $6,000.00 USD | $6,000.00 USD | Closed |
| Invoice #6546248 | 38243 Morgan, Lewis & Bockius LLP : Brian D Berry | 2/22/2023 | Deposit Request | $24,000.00 USD | $0.00 USD | Pending Payment  **PAY** |
| Invoice #6561416 | 207496 Kamerman Uncyk Soniker & Klein, P.C. : Akiva M Cohen | 3/3/2023 | Deposit Request | $6,800.00 USD | $6,800.00 USD | Closed |
| Invoice #6564514 | 38243 Morgan, Lewis & Bockius LLP : Brian D Berry | 3/6/2023 | Deposit Request | $27,200.00 USD | $27,200.00 USD | Closed |



# EXHIBIT B

| | |
|---|---|
| **From:** | Sarah Nevins <snevins@jamsadr.com> |
| **Sent:** | Tuesday, April 11, 2023 7:02 AM |
| **To:** | acohen@kusklaw.com; dschmeyer@kusklaw.com; mdunford@kusklaw.com; Berry, Brian D.; Meckley, Eric; Wallace, Thomas Cullen; Cherry, Ashlee N.; Stephenson, Kassia |
| **Cc:** | ktewson@kusklaw.com; kfarley@kusklaw.com; Doyle, Adele |
| **Subject:** | Kamerman Twitter Cases - JAMS Ref No. 1601002006 |
| **Attachments:** | Kamerman Twitter Round 2 Filing Fee _6612772.pdf; ServiceListbyRep - 1601002006.pdf |

[EXTERNAL EMAIL]
Good Morning Counsel.

I am writing to two reasons.  I have attached a copy of the current service list as provided by the parties.  Please review and make any additions as soon as possible.

I am also writing to follow up regarding the filing fee on behalf of Respondent for the 17 other claims in this matter.  It appears my billing department may have nulled the original invoice so I am reattaching here.  Kindly advise as to payment status.

Thank you,
Sarah



**Sarah Nevins**
Arbitration Practice Manager – East/Central

**JAMS - *Local Solutions. Global Reach.*^TM**
P: 313.209.8851
**www.jamsadr.com**

Manage your case anytime, anywhere.
**Register now for JAMS Access.**
Follow us on **LinkedIn** and **Twitter**.

# DEPOSIT REQUEST



**Invoice Date**
4/7/2023

**Invoice Number**
6612772

Bill To:    **Mr. Brian Berry Esq.**
**Morgan, Lewis & Bockius LLP**
**One Market, Spear Street Tower**
**28th Floor**
**San Francisco, CA 94105**
**US**

| **Reference #:** | **1601002006 - Rep# 4** |
|---|---|
| Billing Specialist: | **Mindiola, Nicholaus** |
| Email: | **nmindiola@jamsadr.com** |
| Telephone: | **949-224-4626** |
| Employer ID: | **68-0542699** |

RE: **Kamerman Twitter Cases**    Neutral(s):   **JAMS 1-JAMS**

Representing: **Twitter, Inc. ; X Holdings I, Inc. ; Elon Musk**    Hearing Type: **ARBITRATION**    SN

| Date / Time | Description | Your Share |
|---|---|---|
| 4/7/23 | **JAMS INC**<br>Filing Fees 17 cases x $1,600/each | $ 27,200.00 |

| | |
|---|---|
| **Total Billed:** | $ 27,200.00 |
| **Total Payment:** | $ 0 |
| **Balance:** | $ 27,200.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

## SERVICE LIST

| | |
|---|---|
| **Case Name:** <u>Kamerman Twitter Cases</u> | **Hear Type:** Arbitration |
| **Reference #:** 1601002006 | **Case Type:** Employment |
| **Panelist:** 1-JAMS, JAMS , | |

---

### Brian D. Berry

Morgan, Lewis & Bockius LLP

Brian D. Berry     Respondent
One Market, Spear Street Tower     Phone: 415-442-1000
28th Floor     Fax: 415-442-1001
San Francisco,  CA  94105
brian.berry@morganlewis.com

**Party Represented:**
Elon Musk
Twitter, Inc.
X Holdings I, Inc.

### Ashlee Cherry

Morgan, Lewis & Bockius LLP

Ashlee Cherry     Respondent
1400 Page Mill Rd.     Phone: 650-843-4000
Palo Alto,  CA  94304     Fax: 650-843-4001
ashlee.cherry@morganlewis.com

**Party Represented:**
Elon Musk
Twitter, Inc.
X Holdings I, Inc.

### Akiva M. Cohen

Kamerman Uncyk Soniker & Klein, P.C.

Akiva M. Cohen     Claimant
1700 Broadway     Phone: 212-400-4930
16th Floor     Fax: 866-221-6122
New York,  NY  10019
acohen@kusklaw.com
Assistant's Emails: ktewson@kusklaw.com

### Mike Dunford

Kamerman Uncyk Soniker & Klein, P.C.

Mike Dunford     Claimant
1700 Broadway     Phone: 212-400-4930
New York,  NY  10019
mdunford@kusklaw.com

### Eric Meckley

Morgan, Lewis & Bockius LLP

Eric Meckley     Respondent
One Market, Spear Street Tower     Phone: 415-442-1000
28th Floor     Fax: 415-442-1001
San Francisco,  CA  94105
eric.meckley@morganlewis.com
Assistant's Emails: adele.doyle@morganlewis.com

**Party Represented:**
Elon Musk
Twitter, Inc.
X Holdings I, Inc.

### Dylan Schmeyer

Kamerman Uncyk Soniker & Klein, P.C.

Dylan Schmeyer     Claimant
1700 Broadway     Phone: 212-400-4930
New York,  NY  10019
dschmeyer@kusklaw.com
Assistant's Emails: kfarley@kusklaw.com

### Kassia Ann Stephenson

Morgan, Lewis & Bockius LLP

Kassia Ann Stephenson     Respondent
One Market, Spear Street Tower     Phone: 415-442-1000
FL 28     Fax: 415-442-1001
San Francisco,  CA  94105
kassia.stephenson@morganlewis.com

**Party Represented:**
Elon Musk
Twitter, Inc.
X Holdings I, Inc.

## Thomas C. Wallace

Morgan, Lewis & Bockius LLP

| | |
|---|---|
| Thomas C. Wallace | Respondent |
| 1000 Louisiana St. | Phone: 713-890-5000 |
| Suite 4000 | Fax: 713-890-5001 |
| Houston,  TX   77002 | |
| cullen.wallace@morganlewis.com | |

**Party Represented:**
  Elon Musk
  Twitter, Inc.
  X Holdings I, Inc.

# EXHIBIT C

| | |
|---|---|
| **From:** | Ethan Jacobs <ethan@ejacobslaw.com> |
| **Sent:** | Thursday, April 20, 2023 3:03 PM |
| **To:** | Meckley, Eric |
| **Cc:** | Berry, Brian D.; Cherry, Ashlee N.; Stephenson, Kassia; acohen@kusklaw.com; ktewson@kusklaw.com; mdunford@kusklaw.com; dschmeyer@kusklaw.com; kfarley@kusklaw.com; dgaynor@kusklaw.com |
| **Subject:** | Kamerman Twitter Cases - Request for Hearing Availability |

[EXTERNAL EMAIL]
Dear Mr. Meckley:

I am local counsel to the Kamerman firm on several of its California JAMS arbitrations. We plan to file petitions in these matters in the San Francisco Superior Court:

1. Petitioner Mattie Babb Zito
2. Petitioners Sarah Anoke, Catherine Bonn, Isabelle Cannell, Melanie Eusebio, Samantha Festejo, Carlos Moises Ortiz Gomez, Dawn Hoise, Wayne Krug, Laurent Luce, Patrick O'Connell, Jennifer Ryan, Jaime Sena, James Shobe, Karyn Thompson, and Cristian Zapata

Please let me know if nobody on your team is available for hearings in the Law and Motion Department at 9:30 a.m. on any of the following dates: May 16, May 17, May 18, and May 19.

Thank you,
Ethan Jacobs

**Ethan Jacobs**
415.275.0845
100 Pine St., Suite 1250
San Francisco, CA 94111
ejacobslaw.com

# EXHIBIT D

# Morgan Lewis

**Eric Meckley**
Partner
+1.415.442.1013
eric.meckley@morganlewis.com

April 21, 2023

**VIA EMAIL PDF ATTACHMENT**

Ethan Jacobs
Ethan Jacobs Law Corporation
100 Pine St., Suite 1250
San Francisco, California 94111
ejacobslaw.com

Akiva M. Cohen
Kamerman Uncyk Soniker & Klein
1700 Broadway
New York, New York 10019
acohen@kusklaw.com

Re:     Kamerman Twitter Cases, JAMS Reference No. 1601001991

Counsel:

We are in receipt of your April 20, 2023, and April 21, 2023, email communications regarding the above-referenced matter and write to respond.

Yesterday, you sent an email stating that you were local counsel for Kamerman Uncyk Soniker & Klein ("Kamerman") for several of JAMS arbitrations against Twitter, Inc. and other respondents. Your email further stated that you and the Kamerman firm intended to file "petitions" in San Francisco County Superior Court on behalf of the following sixteen (16) petitioners: Mattie Babb Zito, Sarah Anoke, Catherine Bonn, Isabelle Cannell, Melanie Eusebio, Samantha Festejo, Carlos Moises Ortiz Gomez, Dawn Hoise, Wayne Krug, Laurent Luce, Patrick O'Connell, Jennifer Ryan, Jaime Sena, James Shobe, Karyn Thompson, and Cristian Zapata.

Because you provided no context or other details regarding the "petitions" you intended to file, I responded to your email and inquired about the basis for any such filings.  Today, April 21, 2023, you responded to my email, stating that 15 of these individuals were "parties whose JAMS case initiation invoice Twitter failed to pay within 30 days of issuance" and that "the petition will be under 1281.97."  You did not identify any specific invoice from JAMS that you contend was not timely paid or provide any other information whatsoever.  You stated your intention to file these petitions the very next business day, Monday, April 24 – thereby providing Respondents with less than one business day to respond to the allegation that Twitter failed to timely pay an arbitration

**Morgan, Lewis & Bockius** LLP

One Market
Spear Street Tower
San Francisco, CA  94105-1596          ☎ +1.415.442.1000
United States                                         ℱ +1.415.442.1001

DB2/ 45470673.1

April 21, 2023
Page 2

invoice.  Claimants never provided Respondents with any notice -- prior to today -- that Claimants believed Twitter did not timely pay an invoice.

As stated in my April 21 email to you, Claimants are incorrect in the accusation that Twitter failed to timely pay the invoice at issue.  The information and representations provided by JAMS show timely payment of the invoice at issue.  To the extent any JAMS invoice remains outstanding, the payment on such invoice is not yet owing as thirty (30) days have not passed since issuance of the invoice.

As background, the 15 individuals listed in the second bullet point of your April 20 email submitted demands for arbitration with JAMS on February 24, 2023, along with two other claimants, Madalyn Zito and Nada Bakos.  On March 6, 2023, JAMS issued an invoice (Invoice No. 6564514) for the filing fees for this group of 17 claimants, in the amount of $27,200 (*i.e.*, $1,600 filing fee x 17 claimants).  These 17 claimants were identified by JAMS as included within the "Kamerman Twitter Cases" (JAMS Reference No. 1601002006).

After receiving JAMS Invoice No. 6564514, my office later reviewed the JAMS online portal and saw that Invoice No. 6564514 was shown as "closed" on the portal, meaning that it had now been paid.  My office will submit a declaration under penalty of perjury attesting to that fact, and we expect that JAMS will submit a declaration similarly confirming that fact.  As a result, Twitter understood that JAMS Invoice No. 6564514 had been paid.

On March 28, 2023, the parties received an email from JAMS case manager, Sarah Nevins, with the Subject line "Kamerman Twitter Cases - JAMS Ref No. 1601002006" that expressly represented that "[t]he initial filing fees in the above referenced matters have now been paid."  *See* March 28, 2023, Email (attached as **Exhibit A**).  The "above referenced matters" referred to in Ms. Nevins' email were "Kamerman Twitter Cases - JAMS Ref No. 1601002006", which included the 17 claimants for whom initial filing fees were set forth in the March 6, 2023, JAMS Invoice No. 6564514.  Ms. Nevins' March 28 email served to confirm the information stated on JAMS' online portal that Invoice No. 6564514 had been paid.  Less than one week later, on April 3, 2023, JAMS convened an administrative call with the parties regarding the Kamerman Twitter Cases - JAMS Ref No. 1601002006.[1]

On April 11, 2023, JAMS case manager, Ms. Nevins, emailed the parties, again with the Subject line "Kamerman Twitter Cases - JAMS Ref No. 1601002006".  Ms. Nevins attached an invoice identified as Invoice No. 6612772.  *See* April 11, 2023, Email (attached as **Exhibit C**).  Ms. Nevins confusingly stated in her email: "[i]t appears my billing department may have nulled the original invoice so I am reattaching here."  However, Ms. Nevins did not "reattach" Invoice No. 6564514; rather, JAMS attached an entirely new/different invoice with a different number, Invoice No.

---

[1] JAMS had previously informed the parties on February 23, 2023, that JAMS would only reach out to the parties and conduct the administrative call "[o]nce the filing fee ha[d] been paid."  *See* February 23, 2023, Email (attached as **Exhibit B**).  The fact that JAMS conducted the April 3 administrative call, following its March 28, 2023, email confirming that all fees for JAMS Reference No. 1601002006 had been paid, once again confirmed JAMS' representations to Twitter that the fees in Invoice No. 6564514 had been paid.

April 21, 2023
Page 3

6612772.  This new Invoice No. 6612772 is dated April 7, 2023, and the payment deadline for this invoice is May 8, 2023, and has not yet occurred.

My office reviewed the JAMS portal for the "Kamerman Twitter Cases" (JAMS Reference No. 1601002006) today, which shows that JAMS Invoice No. 6564514 is "closed" and completed, which means that it has been paid.  Notably, there is no "pending payment", which would appear if the invoice was not yet paid and the amount was still owing.  Attached as **Exhibit D** to this letter is a screenshot of the JAMS portal for the "Kamerman Twitter Cases" (JAMS Reference No. 1601002006), which was captured today.

CCP section 1281.97 provides that "[i]n an employment or consumer arbitration that requires, either expressly or through application of state or federal law or the rules of the arbitration provider, the drafting party to pay certain fees and costs *before the arbitration can proceed*, if the fees or costs to initiate an arbitration proceeding are not paid within 30 days after the due date the drafting party is in material breach of the arbitration agreement, is in default of the arbitration, and waives its right to compel arbitration under Section 1281.2." (emphasis added).  Twitter is not in default under this statute because the arbitrations for the 15 claimants identified in your email from today have proceeded, as evidenced by JAMS initiating, and the parties participating in, the April 3 administrative conference on the Kamerman Twitter Cases -- JAMS Reference No. 1601002006.  JAMS conducted this conference based on its and the parties' understanding that all invoices had been paid.  As a result, there has been no prejudice to claimants, as their arbitrations have not been prevented from proceeding despite the filing fee not being paid.[2]

As the information on the JAMS portal demonstrates, JAMS Invoice No. 6564514 for these 17 claimants is reflected as closed and paid.  Twitter's payment on JAMS Invoice No. 6612772 is not yet due.  As a result, there has been no failure to timely pay any invoice.  To the extent JAMS made an error and cancelled (or "nullified") Invoice No. 6564514 (which appears may have occurred), Twitter cannot be held responsible for JAMS' errors.  Moreover, Twitter reasonably relied on the multiple representations from JAMS and information posted in its online portal demonstrating payment of Invoice No. 6564514.

Twitter will timely pay the invoice that was issued on April 7, just as Twitter has timely paid all other invoices that have been properly invoiced in these matters.[3]

---

[2] At the parties' April 3 administrative call, the parties discussed all 33 claimants' pending arbitrations that have been brought by the Kamerman firm to date.  Specifically, the parties discussed locations of potential arbitrators, and claimants' counsel raised the argument that claimants from the group of 15 claimants (that you identified in your letter of today) resided in Oklahoma, Wisconsin, New Jersey, and Oregon, in order to initiate the arbitrator selection process for these claimants.

[3] As you are aware, Twitter timely paid JAMS Invoice No. 6546248 dated February 22, 2023, for the first round of 15 claimants' filing fees, as well as JAMS Invoice No. 6527540 dated February 9, 2023, for the Dina Eisenberg matter.

April 21, 2023
Page 4

As a result, no legitimate basis exists to file any petition under Code of Civil Procedure section 1281.97 against Twitter.[4]  If you proceed with filing any petition under section 1281.97, then when opposing such petition Twitter will provide the Court with a copy of this letter to you (along with Exhibits A-D) and also seek to recover all attorneys' fees, costs, and sanctions against claimants that may recovered under applicable law, as any such petition would be unjustified, harassing and an abuse of the court process given the above-described undisputed facts.

Please do not hesitate to contact me with any questions.

Sincerely,

*/s/ Eric Meckley*

Eric Meckley

---

[4] It is also significant to note that 13 of the 15 claimants identified in the second bullet point in your April 20 email *are not California residents*.  As non-residents of California, these persons have no ability or right to seek to enforce any California statute, including Section 1281.97.

EXHIBIT A

**From:**       Sarah Nevins <snevins@jamsadr.com>
**Sent:**       Tuesday, March 28, 2023 5:48 AM
**To:**         acohen@kusklaw.com; dschmeyer@kusklaw.com; mdunford@kusklaw.com; Berry, Brian
                D.; Meckley, Eric; Wallace, Thomas Cullen; Cherry, Ashlee N.; Stephenson, Kassia
**Cc:**         ktewson@kusklaw.com; Doyle, Adele
**Subject:**    Kamerman Twitter Cases - JAMS Ref No. 1601002006


[EXTERNAL EMAIL]
Good Morning Counsel.

The initial filing fees in the above referenced matters have now been paid.  I am writing to set an administrative call in these matters.  Kindly reply to this email asto your availability for a call on:

Wednesday, March 29 anytime between 9:00 and 3:30 PM (Eastern)
Thursday, March 30 anytime between 9:00 and 3:30 PM (Eastern)
Friday, March 31 anytime between 9:00 and 3:30 PM (Eastern)
Monday, April 3 anytime between 9:00 and 3:30 PM (Eastern)
Tuesday, April 2 between 9:00 and 1:30 PM or 3:00 – 3:30 PM (Eastern)

Thank you,
Sarah



**Sarah Nevins**
Arbitration Practice Manager – East/Central

**JAMS - *Local Solutions. Global Reach.*<sup>TM</sup>**
P: 313.209.8851
**www.jamsadr.com**

Manage your case anytime, anywhere.
**Register now for JAMS Access.**
Follow us on **LinkedIn** and **Twitter**.

EXHIBIT B

**From:** Sarah Nevins <snevins@jamsadr.com>
**Sent:** Thursday, February 23, 2023 5:46 AM
**To:** acohen@kusklaw.com; dschmeyer@kusklaw.com; mdunford@kusklaw.com; Berry, Brian D.; Meckley, Eric; Wallace, Thomas Cullen; Cherry, Ashlee N.; Stephenson, Kassia
**Cc:** Doyle, Adele
**Subject:** Kamerman Twitter Cases - JAMS Ref No. 1601002006
**Attachments:** Twitter Filing Fee_6546248.pdf

[EXTERNAL EMAIL]
Good Morning Counsel.

Attached please find Respondent's invoice for the non-refundable filing fees regarding the above referenced matters.  Payment is due upon receipt.

Once the filing fee has been paid I will be in touch with the parties to convene an administrative call to discuss next steps in these cases and to handle some administrative questions.

Thank you,
Sarah



**Sarah Nevins**
Arbitration Practice Manager – East/Central

**JAMS -** *Local Solutions. Global Reach.*$^{TM}$
P: 313.209.8851
**www.jamsadr.com**

Manage your case anytime, anywhere.
**Register now for JAMS Access**.
Follow us on **LinkedIn** and **Twitter**.

# DEPOSIT REQUEST



**Invoice Date**
2/22/2023

**Invoice Number**
6546248

Bill To:   **Mr. Brian Berry Esq.**
**Morgan, Lewis & Bockius LLP**
**One Market, Spear Street Tower**
**28th Floor**
**San Francisco, CA 94105**
**US**

| **Reference #:** | **1601002006 - Rep# 4** |
|---|---|
| Billing Specialist: | **Mindiola, Nicholaus** |
| Email: | **nmindiola@jamsadr.com** |
| Telephone: | **949-224-4626** |
| Employer ID: | **68-0542699** |

RE: **Kamerman Twitter Cases**

Representing: **Twitter, Inc. ; X Holdings I, Inc. ; Elon Musk**

Neutral(s):   **JAMS 1-JAMS**

Hearing Type: **ARBITRATION**                    SN

| Date / Time | Description | Your Share |
|---|---|---|
| 2/22/23 | **JAMS INC**<br>Filing Fees 15 cases x $1,600/each | $ 24,000.00 |

| | |
|---|---|
| **Total Billed:** | $ 24,000.00 |
| **Total Payment:** | $ 0 |
| **Balance:** | $ 24,000.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

EXHIBIT C

**From:** Sarah Nevins <snevins@jamsadr.com>
**Sent:** Tuesday, April 11, 2023 7:02 AM
**To:** acohen@kusklaw.com; dschmeyer@kusklaw.com; mdunford@kusklaw.com; Berry, Brian D.; Meckley, Eric; Wallace, Thomas Cullen; Cherry, Ashlee N.; Stephenson, Kassia
**Cc:** ktewson@kusklaw.com; kfarley@kusklaw.com; Doyle, Adele
**Subject:** Kamerman Twitter Cases - JAMS Ref No. 1601002006
**Attachments:** Kamerman Twitter Round 2 Filing Fee _6612772.pdf; ServiceListbyRep - 1601002006.pdf

[EXTERNAL EMAIL]
Good Morning Counsel.

I am writing to two reasons.  I have attached a copy of the current service list as provided by the parties.  Please review and make any additions as soon as possible.

I am also writing to follow up regarding the filing fee on behalf of Respondent for the 17 other claims in this matter.  It appears my billing department may have nulled the original invoice so I am reattaching here.  Kindly advise as to payment status.

Thank you,
Sarah



**Sarah Nevins**
Arbitration Practice Manager – East/Central

**JAMS - *Local Solutions. Global Reach.*™**
P: 313.209.8851
**www.jamsadr.com**

Manage your case anytime, anywhere.
**Register now for JAMS Access.**
Follow us on **LinkedIn** and **Twitter**.

# DEPOSIT REQUEST



**Invoice Date**
4/7/2023

**Invoice Number**
6612772

Bill To:  **Mr. Brian Berry Esq.**
**Morgan, Lewis & Bockius LLP**
**One Market, Spear Street Tower**
**28th Floor**
**San Francisco, CA 94105**
**US**

| **Reference #:** | **1601002006 - Rep# 4** |
|---|---|
| Billing Specialist: | **Mindiola, Nicholaus** |
| Email: | **nmindiola@jamsadr.com** |
| Telephone: | **949-224-4626** |
| Employer ID: | **68-0542699** |

RE: **Kamerman Twitter Cases**

Representing: **Twitter, Inc. ; X Holdings I, Inc. ; Elon Musk**

Neutral(s):  **JAMS 1-JAMS**

Hearing Type: **ARBITRATION**                    SN

| Date / Time | Description | Your Share |
|---|---|---|
| 4/7/23 | **JAMS INC**<br>Filing Fees 17 cases x $1,600/each | $ 27,200.00 |

| | |
|---|---|
| **Total Billed:** | $ 27,200.00 |
| **Total Payment:** | $ 0 |
| **Balance:** | $ 27,200.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

## <u>SERVICE LIST</u>

| | | | |
|---|---|---|---|
| **Case Name:** | <u>Kamerman Twitter Cases</u> | **Hear Type:** | Arbitration |
| **Reference #:** | 1601002006 | **Case Type:** | Employment |
| **Panelist:** | 1-JAMS, JAMS , | | |

---

### <u>Brian D. Berry</u>

Morgan, Lewis & Bockius LLP

Brian D. Berry      Respondent
One Market, Spear Street Tower      Phone: 415-442-1000
28th Floor      Fax: 415-442-1001
San Francisco,  CA   94105
brian.berry@morganlewis.com

**Party Represented:**
Elon Musk
Twitter, Inc.
X Holdings I, Inc.

### <u>Ashlee Cherry</u>

Morgan, Lewis & Bockius LLP

Ashlee Cherry      Respondent
1400 Page Mill Rd.      Phone: 650-843-4000
Palo Alto,  CA   94304      Fax: 650-843-4001
ashlee.cherry@morganlewis.com

**Party Represented:**
Elon Musk
Twitter, Inc.
X Holdings I, Inc.

### <u>Akiva M. Cohen</u>

Kamerman Uncyk Soniker & Klein, P.C.

Akiva M. Cohen      Claimant
1700 Broadway      Phone: 212-400-4930
16th Floor      Fax: 866-221-6122
New York,  NY   10019
acohen@kusklaw.com
Assistant's Emails: ktewson@kusklaw.com

### <u>Mike Dunford</u>

Kamerman Uncyk Soniker & Klein, P.C.

Mike Dunford      Claimant
1700 Broadway      Phone: 212-400-4930
New York,  NY   10019
mdunford@kusklaw.com

### <u>Eric Meckley</u>

Morgan, Lewis & Bockius LLP

Eric Meckley      Respondent
One Market, Spear Street Tower      Phone: 415-442-1000
28th Floor      Fax: 415-442-1001
San Francisco,  CA   94105
eric.meckley@morganlewis.com
Assistant's Emails: adele.doyle@morganlewis.com

**Party Represented:**
Elon Musk
Twitter, Inc.
X Holdings I, Inc.

### <u>Dylan Schmeyer</u>

Kamerman Uncyk Soniker & Klein, P.C.

Dylan Schmeyer      Claimant
1700 Broadway      Phone: 212-400-4930
New York,  NY   10019
dschmeyer@kusklaw.com
Assistant's Emails: kfarley@kusklaw.com

### <u>Kassia Ann Stephenson</u>

Morgan, Lewis & Bockius LLP

Kassia Ann Stephenson      Respondent
One Market, Spear Street Tower      Phone: 415-442-1000
FL 28      Fax: 415-442-1001
San Francisco,  CA   94105
kassia.stephenson@morganlewis.com

**Party Represented:**
Elon Musk
Twitter, Inc.
X Holdings I, Inc.

**Thomas C. Wallace**

Morgan, Lewis & Bockius LLP

Thomas C. Wallace          Respondent
1000 Louisiana St.         Phone: 713-890-5000
Suite 4000                 Fax: 713-890-5001
Houston,  TX  77002
cullen.wallace@morganlewis.com

**Party Represented:**
  Elon Musk
  Twitter, Inc.
  X Holdings I, Inc.

EXHIBIT D



## Kamerman Twitter Cases  `Arbitration`
Ref #1601002006

J1  SN  KF  DG  KT  +11  Add Case Members

| NEUTRAL: | CASE MANAGER: | REPRESENTATIVES/ATTORNEYS: | | CASE INFORMATION: |
|---|---|---|---|---|
| JAMS 1-JAMS | Sarah Nevins | Morgan, Lewis & Bockius LLP | Kamerman Uncyk Soniker & Klein, P.C. | ⬇ Service List |
| e jams@jamsadr.com | snevins@jamsadr.com | Brian Berry (Respondent) | Kathryn Farley (Paralegal/Legal Assistant) | ✓ Case History Log |
| | 313-209-8851 | brian.berry@morganlewis.com | kfarley@kusklaw.com | |
| | | 415-442-1000 | | |
| | | Show more | | |

| DOCUMENTS | MESSAGES | CASE DATES | **INVOICES** |
|---|---|---|---|

### Case Deposit Summary

Deposit Remaining:  **$27,200.00** USD
Invoices Billed:  **$0.00** USD

🔍 Search by Item #

| ITEM # ⇕ | Billed to ⇕ | DATE ▼ | REQUEST TYPE ⇕ | AMOUNT REQUESTED ⇕ | AMOUNT PAID ⇕ | STATUS ⇕ |
|---|---|---|---|---|---|---|
| Invoice #6540244 | 207496 Kamerman Uncyk Soniker & Klein, P.C. : Akiva M Cohen | 2/17/2023 | Deposit Request | $6,000.00 USD | $6,000.00 USD | Closed |
| Invoice #6546248 | 38243 Morgan, Lewis & Bockius LLP : Brian D Berry | 2/22/2023 | Deposit Request | $24,000.00 USD | $24,000.00 USD | Closed |
| Invoice #6561416 | 207496 Kamerman Uncyk Soniker & Klein, P.C. : Akiva M Cohen | 3/3/2023 | Deposit Request | $6,800.00 USD | $6,800.00 USD | Closed |
| Invoice #6564514 | 38243 Morgan, Lewis & Bockius LLP : Brian D Berry | 3/6/2023 | Deposit Request | $27,200.00 USD | $27,200.00 USD | Closed |
| Invoice #6612772 | 38243 Morgan, Lewis & Bockius LLP : Brian D Berry | 4/7/2023 | Deposit Request | $27,200.00 USD | $0.00 USD | Pending Payment  `PAY` |