UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ANOKE, CATHERINE, <br><br>Plaintiff(s), <br><br> v. <br><br> TWITTER, INC., X HOLDINGS, <br><br> Defendant(s). | Case No. 3:23-cv-02217 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, **Lane Andrew Haygood**, an active member in good standing of the bar of **Texas**, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: **SARAH ANOKE, CATHERINE** in the above-entitled action. My local co-counsel in this case is **Ethan Jacobs**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: **291838**.

| | |
|---|---|
| 620 N. Grant Ave. Odessa, TX 79761 | 100 Pine St., Ste. 1250, San Francicsco, CA 94111 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 432.703.4822 | 415.275.0845 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| lhaygood@kusklaw.com | ethan@ejacobslaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **24066670**.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court **0** times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 05/08/2023

Lane Andrew Haygood
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lane Andrew Haygood is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 12, 2023

[signature: Susan Illston]
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# The Supreme Court of Texas

AUSTIN
---
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Lane Andrew Haygood**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 11th day of December, 2008.

I further certify that the records of this office show that, as of this date

**Lane Andrew Haygood**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 8th day of May, 2023.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 2684C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

May 08, 2023

Re: Lane Andrew Haygood, State Bar Number 24066670

To Whom It May Concern:

This is to certify that Lane Andrew Haygood was licensed to practice law in Texas on December 11, 2008, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167