Ethan Jacobs (SBN 291838)
Ethan Jacobs Law Corporation
ethan@ejacobslaw.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 275-0845

Akiva M. Cohen (*pro hac vice* application forthcoming)
Kamerman, Uncyk, Soniker & Klein P.C.
acohen@kusklaw.com
1700 Broadway, 16th Floor
New York, New York 10019

Attorneys for Petitioners

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ANOKE, CATHERINE BONN, ISABELLE CANNELL, MELANIE EUSEBIO, SAMANTHA FESTEJO, CARLOS MOISES ORTIZ GOMEZ, DAWN HOSIE, WAYNE KRUG, LAURENT LUCE, PATRICK O'CONNELL, JENNIFER RYAN, JAIME SENA, JAMES SHOBE, KARYN THOMPSON, AND CRISTIAN ZAPATA,<br><br>Petitioners,<br><br>vs.<br><br>TWITTER, INC., X HOLDINGS I, INC., X HOLDINGS CORP, X CORP, AND ELON MUSK,<br><br>Respondents. | Case No.: 3:23-cv-02217-SI<br><br>**[PROPOSED] ORDER GRANTING MOTION TO REMAND AND FOR FEES AND COSTS PURSUANT TO 28 U.S.C. § 1447(c)**<br><br>Hon. Susan Illston<br>Date: June 16, 2023<br>Time: 10:00 AM<br><br>Ctrm: 1, 17th Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This matter came before this Court on the motion of Petitioners Sarah Anoke, Catherine

Bonn, Isabelle Cannell, Melanie Eusebio, Samantha Festejo, Carlos Moises Ortiz Gomez,

Dawn Hosie, Wayne Krug, Laurent Luce, Patrick O'Connell, Jennifer Ryan, Jaime Sena, James

1  Shobe, Karyn Thompson, and Cristian Zapata (collectively, "Petitioners"), on notice to
2  Respondents Twitter, Inc., X Holdings I, Inc., X Holdings Corp., X Corp., and Elon Musk
3  (collectively, "Respondents"), seeking remand of their Petition to Compel Arbitration under
4  Cal. Code Civ. Proc § 1281.97 (the "Motion"). A hearing was held before this Court on June
5  16, 2023. Having considered Petitioners' Motion, supporting memorandum of points and
6  authorities, supporting declarations and exhibits, and other papers submitted therewith, as well
7  as the arguments submitted by Respondents, this Court GRANTS the Motion as follows:

**IT IS HEREBY ORDERED THAT** Petitioners' motion to remand is hereby GRANTED, and this matter shall be remanded to the Superior Court of the State of California, County of San Francisco.

**IT IS FURTHER ORDERED** that that Petitioners' motion for fees and costs is hereby GRANTED. Petitioners are to submit a petition detailing the fees and costs sought to this Court within ____ days of this order.

**IT IS SO ORDERED** on this __ day of _____, 2023.

The Honorable Susan Illston
United States District Judge