MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley (SBN 168181)
eric.meckley@morganlewis.com
Brian D. Berry (SBN 229893)
brian.berry@morganlewis.com
Kassia Stephenson (SBN 336175)
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Attorneys for Respondents*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ANOKE, CATHERINE BONN, ISABELLE CANNELL, MELANIE EUSEBIO, SAMANTHA FESTEJO, CARLOS MOISES ORTIZ GOMEZ, DAWN HOISE, WAYNE KRUG, LAURENT LUCE, PATRICK O'CONNELL, JENNIFER RYAN, JAIME SENA, JAMES SHOBE, KARYN THOMPSON, and CRISTIAN ZAPATA,<br><br>Petitioners,<br><br>v.<br><br>TWITTER, INC., X HOLDINGS I, INC., X HOLDINGS CORP, X CORP, and ELON MUSK,<br><br>Respondents. | Case No.: 3:23-cv-02217<br><br>**RESPONDENTS' MOTION TO REMOVE PREVIOUSLY FILED ECF DOCUMENT**<br><br>[PROPOSED] **ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Respondents Twitter, Inc., X Holdings I, Inc., X Holdings Corp, and X Corp. hereby respectfully request that an order be granted to remove Docket No. 1-2 from the ECF docket for this matter and to treat Docket No. 3 as the operative document instead.

The document e-filed May 5, 2023 as ECF Docket No. 1-2 (Declaration of Eric Meckley in Support of Respondents' Notice of Removal of Action to the United States District Court for the Northern District of California) includes as Exhibits Petitioners' Demands for Arbitration, which include the home addresses of Petitioners. Petitioners assert that their home address information is confidential and should not be part of the public record. While Respondents do not agree that such information is confidential, Respondents nonetheless accommodated Petitioners' request to re-file the Declaration of Eric Meckley with the Petitioners' home address information redacted from the Exhibits. *See* ECF Docket No. 3. Respondents also requested that the ECF Help Desk temporarily "lock" ECF Docket No. 1-2 while the present Motion is pending.

Respondents respectfully request that the Court remove the previously filed ECF Docket No. 1-2 document permanently from the Court's public docket and ECF and treat ECF Docket No. 3 as the operative document instead.

Dated: May 8, 2023                                                  Respectfully submitted,

/s/ *Eric Meckley*
Eric Meckley
Brian D. Berry
Ashlee N. Cherry
Kassia Stephenson

*Attorneys for Respondents*

### [~~PROPOSED~~] ORDER

The Court has now considered Respondents' Motion to Remove Previously Filed Document. Having considered the moving papers before it and finding good cause, the Court hereby grants the motion and orders that ECF Docket No. 1-2 be removed from the docket for this matter. ECF Docket No. 3 shall be the operative document.

**SO ORDERED**

Dated: May 31, 2023

_____
Senior Judge, Susan Illston