UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ANOKE, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>TWITTER, INC., et al.,<br><br>  Defendants. | Case No. 23-cv-02217-SI<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION DIRECTING DEFENDANTS TO SUPPLEMENT CORPORATE DISCLOSURE STATEMENT**<br><br>Re: Dkt. No. 19 |

Plaintiffs have filed an administrative motion seeking an order directing defendants to supplement their corporate disclosure statement. The Court has reviewed the briefing and concludes that because X Holdings Corporation is a privately owned corporation, Civil Local Rule 3-15 requires defendants to disclose who owns X Holdings Corporation because that person or persons have a "financial interest of any kind in the subject matter in controversy."

Accordingly, defendants are directed to file a supplemented corporate disclosure statement no later than June 9, 2023.

**IT IS SO ORDERED**.

Dated: June 6, 2023

_____
SUSAN ILLSTON
United States District Judge