MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel:   +1.650.843.4000
Fax:   +1.650.843.4001

Attorneys for Respondents
TWITTER, INC.; X HOLDINGS I, INC.;
X HOLDINGS CORP.; X CORP.; ELON MUSK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ANOKE, CATHERINE BONN, ISABELLE CANNELL, MELANIE EUSEBIO, SAMANTHA FESTEJO, CARLOS MOISES ORTIZ GOMEZ, DAWN HOISE, WAYNE KRUG, LAURENT LUCE, PATRICK O'CONNELL, JENNIFER RYAN, JAIME SENA, JAMES SHOBE, KARYN THOMPSON, AND CRISTIAN ZAPATA, <br><br> Petitioners, <br><br> v. <br><br> TWITTER, INC., X HOLDINGS I, INC., X HOLDINGS, CORP, X CORP, AND ELON MUSK, <br><br> Respondents. | Case No. 3:23-cv-02217-SI <br><br> **DECLARATION OF DHRUV BATURA IN SUPPORT OF RESPONDENTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF DHRUV BATURA
IN SUPPORT OF RESPONDENTS' ADMINISTRATIVE
MOTION TO FILE UNDER SEAL
Case No. 3:23-cv-02217-SI

## DECLARATION OF DHRUV BATURA

I, Dhruv Batura, declare as follows

1. I am currently Senior Director, Finance of X Corp., a wholly-owned subsidiary of X Holdings Corp. (hereinafter referred to as "X Holdings"). In my role, I have acquired personal knowledge of X Holding's owners/shareholders and X Holdings's policy relating to the confidentiality of its business and financial information, including the identities of its owners/shareholders. The facts set forth in this declaration are true and correct to the best of my knowledge, information, and belief, and are based on my personal knowledge and/or information to which I have access.

2. I submit this declaration in support of Respondents' Administrative Motion to File Under Seal filed in *Anoke et al. v. Twitter, Inc. et al.*, Case No. 3:23-cv-02217-SI.

3. The owners/shareholders of X Holdings include various individual persons, private family and other trusts, and other private entities (such as funds, LLCs and corporations). As a matter of routine practice and policy, X Holdings does not publish or make publicly available information regarding its owners/shareholders and treats such information as confidential. Individuals and entities investing and taking an ownership interest in a private corporation such as X Holdings expect that such information will remain private. The disclosure of such information violates this expectation of privacy. Also, in certain cases, X Holdings is contractually bound to keep such information confidential.

4. The wholesale disclosure of information regarding its owners/shareholders potentially could enable X Holdings' competitors to undermine X Holdings' competitive position in the marketplace, allow current or prospective business partners or counterparties to take unfair advantage of X Holdings in negotiations or other business affairs, or otherwise prejudice X Holdings' business interests. To that end, X Holdings has policies that prohibit employees from accessing information beyond what is reasonably necessary to perform their duties, limiting

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

1   DECLARATION OF DHRUV BATURA
    IN SUPPORT OF RESPONDENTS'
    ADMINISTRATIVE
    MOTION TO FILE UNDER SEAL
    Case No. 3:23-cv-02217-SI

access to certain non-public information, permitting access to documents and data on a need-to-know basis, and requiring employees to sign confidentiality agreements.

5.   I understand that the Respondents' Administrative Motion to File Under Seal requests that the Court maintain information regarding the identities of X Holdings' owners/shareholders under seal.  This information is private and confidential, and the disclosure of such information would be injurious to the owners/shareholders for the reasons stated above.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 9, 2023 in San Francisco, California.

_____
Dhruv Batura

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

2

DECLARATION OF DHRUV BATURA
IN SUPPORT OF RESPONDENTS'
ADMINISTRATIVE
MOTION TO FILE UNDER SEAL
Case No. 3:23-cv-02217-SI