1  MORGAN, LEWIS & BOCKIUS LLP
   Eric Meckley, Bar No. 168181
2  eric.meckley@morganlewis.com
   Brian D. Berry, Bar No. 229893
3  brian.berry@morganlewis.com
   Kassia Stephenson, Bar No. 336175
4  kassia.stephenson@morganlewis.com
   One Market, Spear Street Tower
5  San Francisco, CA  94105-1596
   Tel:    +1.415.442.1000
6  Fax:   +1.415.442.1001

7  MORGAN, LEWIS & BOCKIUS LLP
   Ashlee N. Cherry, Bar No. 312731
8  ashlee.cherry@morganlewis.com
   1400 Page Mill Road
9  Palo Alto, CA  94304
   Tel:    +1.650.843.4000
10 Fax:   +1.650.843.4001

11 Attorneys for Respondents
   TWITTER, INC.; X HOLDINGS I, INC.;
12 X HOLDINGS CORP.; X CORP.; ELON MUSK

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17 SARAH ANOKE, CATHERINE BONN,              Case No. 3:23-cv-02217
   ISABELLE CANNELL, MELANIE EUSEBIO,
18 SAMANTHA FESTEJO, CARLOS MOISES           **RESPONDENTS' SUPPLEMENTAL**
   ORTIZ GOMEZ, DAWN HOISE, WAYNE            **RULE 7.1 CORPORATE**
19 KRUG, LAURENT LUCE, PATRICK               **DISCLOSURE STATEMENT AND**
   O'CONNELL, JENNIFER RYAN, JAIME           **CERTIFICATION PURSUANT TO**
20 SENA, JAMES SHOBE, KARYN                  **LOCAL RULE 3-15**
   THOMPSON, AND CRISTIAN ZAPATA,
21                                           **PUBLIC - REDACTED**
                    Petitioners,
22
          v.
23
   TWITTER, INC., X HOLDINGS I, INC., X
24 HOLDINGS, CORP, X CORP, AND ELON
   MUSK,
25                    Respondents.

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

RESPONDENTS' SUPPLEMENTAL
RULE 7.1 CORP DISCLOSURE STMT
Case No. 3:23-cv-02217

1    Pursuant to Northern District of California Civil Local Rule 3-15 and Rule 7.1 of the

2    Federal Rules of Civil Procedure, Respondent X Corp. as successor in interest to named

3    Respondent Twitter, Inc., by and through its counsel, certifies that Twitter, Inc. has been merged

4    into X Corp. and no longer exists.  Respondent X Holdings Corp., as successor in interest to

5    named Respondent X Holdings I, Inc., by and through its counsel, certifies that X Holdings I, Inc.

6    has been merged into X Holdings Corp. and no longer exists.  X Corp. is wholly owned by X

7    Holdings Corp.  No publicly held corporation owns 10% or more of X Corp.'s or X Holdings

8    Corp.'s stock.

9    Pursuant to the Court's Order Granting Plaintiffs' Administrative Motion Directing

10   Defendants to Supplement Corporate Disclosure Statement, Respondents disclose the following

11   persons and entities who are owners/shareholders of X Holdings Corp. (ECF No. 35):



MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

RESPONDENTS' SUPPLEMENTAL
RULE 7.1 CORP DISCLOSURE STMT
Case No. 3:23-cv-02217



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

RESPONDENTS' SUPPLEMENTAL
RULE 7.1 CORP DISCLOSURE STMT
Case No. 3:23-cv-02217



Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

RESPONDENTS' SUPPLEMENTAL
RULE 7.1 CORP DISCLOSURE STMT
Case No. 3:23-cv-02217



MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

RESPONDENTS' SUPPLEMENTAL
RULE 7.1 CORP DISCLOSURE STMT
Case No. 3:23-cv-02217

1   •   ██████████████████████████████████

2   •   ██████████████████████████████████

3   •   ██████████████████████████████████

4   •   ██████████████████████████████████

5   •   ██████████████████████████████████

6        Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no

7   conflict or interest (other than the named parties and the above-listed owners/shareholders of X

8   Holdings Corp.) to report.

9   Dated: June 9, 2023                    MORGAN, LEWIS & BOCKIUS LLP

10
                                           By   /s/ Eric Meckley
11                                              Eric Meckley
                                                Brian D. Berry
12                                              Ashlee N. Cherry
                                                Kassia Stephenson
13
                                                Attorneys for Respondents
14                                              TWITTER, INC.; X HOLDINGS I, INC.;
                                                X HOLDINGS CORP.; X CORP.; ELON MUSK
15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

RESPONDENTS' SUPPLEMENTAL
RULE 7.1 CORP DISCLOSURE STMT
Case No. 3:23-cv-02217