MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel:   +1.650.843.4000
Fax:   +1.650.843.4001

Attorneys for Respondents
TWITTER, INC.; X HOLDINGS I, INC.;
X HOLDINGS CORP.; X CORP.; ELON MUSK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ANOKE, CATHERINE BONN, ISABELLE CANNELL, MELANIE EUSEBIO, SAMANTHA FESTEJO, CARLOS MOISES ORTIZ GOMEZ, DAWN HOISE, WAYNE KRUG, LAURENT LUCE, PATRICK O'CONNELL, JENNIFER RYAN, JAIME SENA, JAMES SHOBE, KARYN THOMPSON, AND CRISTIAN ZAPATA,<br><br>Petitioners,<br><br>v.<br><br>TWITTER, INC., X HOLDINGS I, INC., X HOLDINGS, CORP, X CORP, AND ELON MUSK,<br><br>Respondents. | Case No. 3:23-cv-02217-SI<br><br>**REPLY IN SUPPORT OF RESPONDENTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

REPLY ISO RESPONDENTS' ADMIN
MOTION TO FILE UNDER SEAL
Case No. 3:23-cv-02217-SI

Respondents X Holdings Corp., on its own behalf and as successor in interest to named Respondent X Holdings I, Inc. ("X Holdings"), X Corp., on its own behalf and as successor in interest to named Respondent Twitter, Inc. ("Twitter"), and Elon Musk ("Respondents") submit this brief Reply in response to Petitioners' Opposition to Respondents' Administrative Motion to Seal to reiterate and clarify the relief sought in the Administrative Motion.

Respondents do not seek an *in camera* review of the Supplemental Corporate Disclosure Statement (the "Statement"). Rather, Respondents are willing to provide the unredacted Statement to Petitioners' counsel, subject to and conditioned upon Petitioners and their counsel being bound not to disclose to any other persons or otherwise make public any of the substance/contents of the unredacted Statement. For obvious reasons, the entire purpose of the Administrative Motion to Seal would be defeated if Petitioners and their counsel had the opportunity to disclose and make public the unredacted Statement. As a result and to clarify the requested relief, Respondents' Motion for Administrative Relief seeks to seal from the public record the redacted portion of the Statement. The unredacted Statement may be shared with Petitioners' counsel subject to Petitioners' counsel and their clients being bound to maintain the confidentiality of the Statement.

Dated: June 12, 2023                    MORGAN, LEWIS & BOCKIUS LLP

                                        By   /s/ Eric Meckley
                                             Eric Meckley
                                             Brian D. Berry
                                             Ashlee N. Cherry
                                             Kassia Stephenson

                                        Attorneys for Respondents
                                        TWITTER, INC.; X HOLDINGS I, INC.;
                                        X HOLDINGS CORP.; X CORP.; ELON MUSK

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

REPLY ISO RESPONDENTS' ADMIN
MOTION TO FILE UNDER SEAL
Case No. 3:23-cv-02217-SI