United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SARAH ANOKE, *et al.*,

Petitioners,

v.

TWITTER, INC., *et al.*,

Respondents.

Case No. 23-cv-02217-SI

**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Re: Dkt. No. 36

The Court has reviewed the parties' briefing regarding defendants' administrative motion to seal. The Court GRANTS the motion and orders that the unredacted statement shall be shared with petitioners' counsel subject to the condition that petitioners and their counsel shall maintain the confidentiality of the statement.

**IT IS SO ORDERED**.

Dated: June 13, 2023

SUSAN ILLSTON
United States District Judge