UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

www.cand.uscourts.gov

Mark B. Busby  
Clerk of Court

General Court Number  
415-522-2000

July 6, 2023

San Francisco County Superior Court
400 McAllister Street
San Francisco, CA 94102

**RE: Sarah Anoke, et al. v. Twitter, Inc., et al.**
     **23-cv-02217-SI**

**Your Case Number: CPF-23-518034**

Dear Clerk,

  Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

  ☒  Certified original and one copy of this letter

  ☒  Certified copy of docket entries

  ☒  Certified copy of Remand Order

  ☐  Other

  Please send an acknowledgement of receipt of these documents in the postage paid envelope.

Sincerely,

Mark B. Busby, Clerk of Court

*Gina Agustine*

by: Gina Agustine
Case Systems Administrator
(415) 522-2087

*REV. 10/21*