UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ANOKE, CATHERINE BONN, ISABBELLE CANNELL, MELANIE EUSEBIO, SAMTHAN FESTEJO, CARLOS MOISES, ORTIZ GOMEZ, DAWN HOISE, WAYNE KRUG, LAURENT LUCE, PATRICK O'CONNELL, JENNIFER RYAN, JAIME SENA, JAMES SHOBE, KARYN THOMPSON, AND CRISTIAN ZAPATA,<br><br>Petitioners,<br><br>v.<br><br>TWITTER, INC., X HOLDINGS I, INC., X HOLDINGS CORP., X CORP., AND ELON MUSK,<br><br>Respondents. | Case No. 3:23-cv-02217-SI<br><br>**[PROPOSED] ORDER GRANTING MOTION OF NON-PARTY JACOB SILVERMAN TO INTERVENE AND UNSEAL JUDICIAL RECORDS** |

The Court, having considered the Motion of Non-Party Jacob Silverman to Intervene and Unseal Judicial Records (the "Motion"), the documents filed in support thereof and any opposition thereto, and the arguments of counsel, hereby **ORDERS** as follows:

The Motion is **GRANTED**.

The request of Mr. Silverman to intervene for the limited purpose of moving to unseal Respondents' Supplemental Rule 7.1 Corporate Disclosure Statement (the "Disclosure Statement"), filed in redacted form at ECF No. 36-3, is **GRANTED**.

Mr. Silverman's request to unseal the Disclosure Statement is **GRANTED**.

The Clerk of the Court is hereby directed to immediately unseal and make available on the public docket the unredacted Disclosure Statement.

**IT IS SO ORDERED.**

Dated: _____   _____

U.S. District Judge Susan Illston