MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:   +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:    +1.650.843.4000
Fax:   +1.650.843.4001

Attorneys for Respondents
TWITTER, INC.; X HOLDINGS I, INC.;
X HOLDINGS CORP.; X CORP.; ELON MUSK

*Additional counsel listed on following page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ANOKE, CATHERINE BONN, ISABELLE CANNELL, MELANIE EUSEBIO, SAMANTHA FESTEJO, CARLOS MOISES ORTIZ GOMEZ, DAWN HOISE, WAYNE KRUG, LAURENT LUCE, PATRICK O'CONNELL, JENNIFER RYAN, JAIME SENA, JAMES SHOBE, KARYN THOMPSON, AND CRISTIAN ZAPATA,<br><br>Petitioners,<br><br>v.<br><br>TWITTER, INC., X HOLDINGS I, INC., X HOLDINGS, CORP, X CORP, AND ELON MUSK,<br><br>Respondents. | Case No. 3:23-cv-02217-SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE FOR NON-PARTY INTERVENER JACOB SILVERMAN'S MOTION TO INTERVENE AND UNSEAL JUDICIAL RECORDS** |

Case No. 3:23-cv-02217-SI

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO INTERVENE AND UNSEAL JUDICIAL RECORDS

| | |
|---|---|
| 1 | KATIE TOWNSEND (SBN 254321) |
| | ktownsend@rcfp.org |
| 2 | REPORTERS COMMITTEE FOR |
| | FREEDOM OF THE PRESS |
| 3 | 1156 15th Street NW, Suite 1020 |
| | Washington, D.C. 20005 |
| 4 | Telephone: (202) 795-9300 |
| | Facsimile: (202) 795-9310 |
| 5 | |
| 6 | Counsel for Non-Party Intervenor |
| | JACOB SILVERMAN |

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

1

Case No. 3:23-cv-02217-SI

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO
INTERVENE AND UNSEAL JUDICIAL RECORDS

Pursuant to N.D. Cal. Civ. L.R. 6-2 and 7-12, Respondents X Corp. as successor in interest to Twitter, Inc., X Holdings Corp. as successor in interest to X Holdings I, Inc., and Elon Musk ("Respondents") and non-party putative intervener Jacob Silverman ("Silverman"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, on July 3, 2024, non-party putative intervener Jacob Silverman ("Silverman") filed a Motion to Intervene and Unseal Judicial Records (the "Motion") (Dkt. 44);

WHEREAS, Respondents' opposition deadline is currently July 17, 2024, Silverman's reply deadline is July 24, 2024, and the hearing date is August 16, 2024;

WHEREAS, in light of the intervening Fourth of July holiday and also Respondents and Silverman's respective schedules and previously scheduled periods of unavailability/out-of-office, Respondents and Silverman, through their respective counsel, have met and conferred and stipulated to an amended briefing schedule for the Motion;

WHEREAS, there are no other pending deadlines in this case that would be impacted by the requested modification to the briefing schedule and hearing date;

WHEREAS, Respondents and Silverman stipulate and agree as follows:

1. Respondents' opposition to Silverman's Motion shall be filed on or before July 26, 2024.
2. Silverman's reply to Respondents' opposition shall be filed on or before August 7, 2024.
3. The hearing on Silverman's Motion shall be continued to Friday, September 20, 2024, or a date as soon thereafter that is convenient for the Court.

IT IS SO STIPULATED AND AGREED.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

Case No. 3:23-cv-02217-SI

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO INTERVENE AND UNSEAL JUDICIAL RECORDS

| | |
|---|---|
| Dated: July 3, 2024 | MORGAN, LEWIS & BOCKIUS LLP |
| | By  /s/ Eric Meckley |
| | Eric Meckley |
| | Kassia Stephenson |
| | |
| | Attorneys for Respondents |
| | TWITTER, INC.; X HOLDINGS I, INC.; |
| | X HOLDINGS CORP.; X CORP.; ELON MUSK |
| Dated: July 3, 2024 | REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS |
| | By  /s/ Katie Townsend |
| | Katie Townsend |
| | |
| | Attorneys for Non-Party Intervener |
| | JACOB SILVERMAN |

**L.R. 5-1(i)(3) Certification**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of the foregoing document has been obtained from each of the other Signatories.

/s/ Eric Meckley
Eric Meckley

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders the following briefing schedule for Jacob Silverman's Motion to Intervene and Unseal Judicial Records:

1. Respondents' opposition to Silverman's Motion shall be filed on or before July 26, 2024.

2. Silverman's reply to Respondents' opposition shall be filed on or before August 7, 2024.

3. The hearing on Silverman's Motion shall be set for _____August 23, 2024_____, 2024 at 10 am before this Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____July 8, 2024_____

_____
Hon. Susan Illston
District Court Judge