AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Sarah Anoke et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:23-cv-02217-SI |
| Twitter, Inc. et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Intervenor Jacob Silverman.

Date: 07/30/2024

/s/ Nicholas Ryan Hartmann
*Attorney's signature*

Nicholas Ryan Hartmann (Cal. SBN 301049)
*Printed name and bar number*

Jassy Vick Carolan LLP
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
*Address*

nhartmann@jassyvick.com
*E-mail address*

(310) 870-7048
*Telephone number*

(310) 870-7010
*FAX number*