# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

| | |
|---|---|
| Name of U.S. District Court: | Northern District of California |
| U.S. District Court case number: | 3:23-cv-02217-SI |
| Date case was first filed in U.S. District Court: | 05/05/2023 |
| Date of judgment or order you are appealing: | 08/20/2024 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Twitter, Inc.; X Holdings I, Inc.; X Holdings Corp.; X Corp.; Elon Musk

Is this a cross-appeal?   ○ Yes   ☉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ☉ No

If Yes, what is the prior appeal case number?

Your mailing address:

Morgan, Lewis & Bockius LLP

One Market, Spear Street Tower

City: San Francisco   State: CA   Zip Code: 94105

Prisoner Inmate or A Number (if applicable):

**Signature**  /s/ Brian D. Berry     **Date**  Sep 19, 2024

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                                 Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| Twitter, Inc.; X Holdings I, Inc.; X Holdings Corp.; X Corp.; Elon Musk |

Name(s) of counsel (if any):

| Morgan, Lewis & Bockius LLP <br> Eric Meckley <br> Brian D. Berry |

Address: One Market, Spear Street Tower, San Francisco, CA 94105

Telephone number(s): (415) 442-1000

Email(s): eric.meckley@morganlewis.com; brian.berry@morganlewis.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| Jacob Silverman |

Name(s) of counsel (if any):

| Reporters Committee for Freedom of the Press <br> Katie Townsend |

Address: 1156 15th Street NW, Suite 1020, Washington, D.C. 20005

Telephone number(s): (202) 795-9300

Email(s): ktownsend@rcfp.org

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                  1                                  *Rev. 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Twitter, Inc.; X Holdings I, Inc.; X Holdings Corp.; X Corp.; Elon Musk

Name(s) of counsel (if any):

Morgan, Lewis & Bockius LLP:
Ashlee N. Cherry; Kassia Stephenson

Address: 1400 Page Mill Road, Palo Alto, CA 94304

Telephone number(s): (650) 843-4000

Email(s): ashlee.cherry@morganlewis.com;kassia.stephenson@morganlewis.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Sarah Anoke; Catherine Bonn; Isabelle Cannell; Melanie Eusebio; Samantha Festejo; Dawn Hoise; Wayne Krug; Laurent Luce; Patrick O'Connell

Name(s) of counsel (if any):

Ethan Jacobs Law Corporation: Ethan Jacobs
Kamerman, Uncyk, Soniker & Klein P.C.: Akiva M. Cohen

Address: Ethan Jacobs Law Corp., 100 Pine St., #1250, San Francisco, CA 94111

Telephone number(s): (415) 275-0845

Email(s): ethan@ejacobslaw.com

Name(s) of party/parties:

Carlos Moises Ortiz Gomez; Jennifer Ryan; Jaime Sena; James Shobe; Karyn Thompson; Cristian Zapata

Name(s) of counsel (if any):

Ethan Jacobs Law Corporation: Ethan Jacobs
Kamerman, Uncyk, Soniker & Klein P.C.: Akiva M. Cohen

Address: Kamerman, Uncyk, Soniker, 1700 Broadway, 16th Fl., NY, NY 10019

Telephone number(s): (646) 845-6085

Email(s): acohen@kusklaw.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                2                                Rev. 12/01/2018